# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTON PAAR OPTOTEC GMBH,<br><br>Plaintiff,<br><br>vs.<br><br>RUDOLPH RESEARCH ANALYTICAL, INC.,<br><br>Defendant. | Civil Action No. 3:16-cv-03789-MAS-LHG<br><br><br><u>**DISCLOSURE STATEMENT**</u> |

The undersigned counsel for Plaintiff Anton Paar Optotec GMBH ("Anton Paar"), certifies that this party is a non-governmental corporate party and that:

Anton Paar GMBH is the privately held parent company of Anton Paar, and there is no publicly held corporation that owns 10% or more of Anton Paar's stock.

Dated: Short Hills, New Jersey
July 1, 2016

**DLA PIPER LLP (US)**

By: s/ James V. Noblett
James V. Noblett
Robert W. Ferguson
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078
(973) 520-2571
*Attorneys for Plaintiff*
*Anton Paar OptoTec GmbH*

EAST\125586870.1