**Kaplan Breyer Schwarz & Ottesen, LLP**
Intellectual Property Attorneys

Jeffrey I. Kaplan, Esq.
Partner
NJ and NY Bars, Reg. Patent Attorney
Email: jkaplan@kbsolaw.com
Phone: 732-578-0103 x231

July 29, 2016

VIA ECF AND MAIL
The Honorable Michael A. Shipp
United States District Court for the
District Court of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ  08608

Re:   Anton Paar Optotec GmbH v. Rudolph Research Analytical, Inc.
      Civil Action No. 3:16-cv-03789-MAS-LHG

Dear Judge Shipp:

We represent Defendant Rudolph Research Analytical, Inc. ("Rudolph") in the above matter.

Due to the relatively extensive travel schedule of the undersigned over the next two weeks, as well as some preliminary settlement discussions scheduled to take place between the parties next week, Rudolph is requesting a 14 day extension, until August 23, 2016, to respond to the Complaint.  Counsel for Plaintiff Anton Paar indicates that Plaintiff consents to this request.

Accordingly, we enclose herewith a stipulation and proposed order extending Rudolph's time to respond to the Complaint.  If the proposed order meets with the Court's approval, Rudolph respectfully requests the Court endorse and enter it.

Respectfully,

Jeffrey I. Kaplan

C: Counsel of Record (via ecf)

| NEW YORK OFFICE: | NEW JERSEY OFFICE: | CALIFORNIA OFFICE: |
|---|---|---|
| 600 Third Avenue, 2nd floor | 100 Matawan Road, Suite 120 | 530 Lytton Avenue, 2nd floor |
| New York, New York  10016 | Matawan, New Jersey  07747 | Palo Alto, California  94301 |
| Phone:  (646) 571-2302 | Phone: (732) 578-0103 | Phone: (707) 658-4400 |
| Fax: (646) 571-2301 | Fax (732) 578-0104 | Fax (707) 658-4401 |

Please send all correspondence to the NJ office
www.kbsolaw.com

Ken Ottesen, a name partner, is admitted to the California Bar ONLY