

DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
www.dlapiper.com

James V. Noblett
james.noblett@dlapiper.com
T   973.520.2571
F   973.520.2576

*Partners Responsible for Short Hills Office:*
*Andrew P. Gilbert*
*Michael E. Helmer*

January 13, 2017
VIA ECF

Honorable Lois H. Goodman
Magistrate, U.S. District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 7050
402 E. State Street
Trenton, NJ   08608

Re:   *Anton Paar Optotec GmbH v. Rudolph Research Analytical, Inc.*
       Civ. Action No. 3:16-CV-03789-MAS-LHG

Dear Judge Goodman:

We represent the Plaintiff Anton Paar Optotec GmbH ("Anton Paar") in this case, and write on behalf of both parties.  Pursuant to Your Honor's December 12, 2016 Order, the parties hereby advise the Court regarding their efforts to mediate this dispute with an outside mediator.

Anton Paar has advised the Defendant Rudolph Research Analytical, Inc. ("Rudolph") that it is willing to mediate this dispute, as it believes a third-party neutral will facilitate an early settlement of this case.  Rudolph, however, does not believe that mediation will be helpful or cost justified because the parties' dispute is extremely narrow, largely limited to the accepted meaning of the term "traceability."  Accordingly, the parties will not proceed to mediation with an outside mediator.

Both parties look forward to participating in the status conference with Your Honor on February 14, 2017, and the settlement conference on March 6, 2017.

Respectfully,


s/ James V. Noblett
James V. Noblett


cc:   All Counsel of Record (Via ECF)