

**DLA Piper LLP (US)**
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
www.dlapiper.com

James V. Noblett
james.noblett@dlapiper.com
**T**  973.520.2571
**F**  973.520.2576

*Partners Responsible for Short Hills Office:*
*Andrew P. Gilbert*
*Michael E. Helmer*

May 8, 2017
*Via EFC*

Honorable Michael A. Shipp
District Judge, United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
Room 7050
402 E. State Street
Trenton, NJ 08608

Re:     *Anton Paar Optotec GmbH v. Rudolph Research Analytical, Inc.*
          **Civ. Action No. 3:16-CV-03789-MAS-LHG**

Dear Judge Shipp:

We represent the Plaintiff Anton Paar OptoTec GmbH ("Plaintiff" or "Anton Paar") in the above-referenced matter.  We write with the consent of Defendant Rudolph Research Analytical, Inc. ("Rudolph") to respectfully request an additional three weeks to finalize the terms of the parties' Settlement Agreement. The parties have reached an agreement on material terms but there have been some unexpected delays in finalizing the language of the Settlement Agreement due to counsel for Rudolph's medical procedure and counsel for Anton Paar's leave of absence due to the birth of his child last week.

Counsel for Anton Paar expects to return from paternity leave on Wednesday May 17.  Accordingly, we respectfully request that the matter be left open until May 29 while the parties finalize the Settlement Agreement.  We are available to discuss this matter at Your Honor's convenience if there are any questions or concerns.

DLA Piper LLP (US)

Respectfully,

s/ James V. Noblett
James V. Noblett


cc:      Jeff Kaplan (Via ECF)